IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02166-CMA-KLM

TINA SOLANO,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion to Vacate September 8, 2010 Settlement Conference** [Docket No. 37; Filed August 24, 2010] (the "Motion'). Plaintiff opposes the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The settlement conference will be reset, if appropriate, after issuance of a ruling on Defendant's Motion for Summary Judgment.

Dated: August 26, 2010