**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02166-CMA-KLM

TINA SOLANO,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING DECEMBER 3, 2010 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

    The above-entitled and numbered civil action was referred to United States Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).  On December 3, 2010, the Magistrate Judge issued a Recommendation that Defendant's Motion for Summary Judgment be granted.  (Doc. #46).  Plaintiff, proceeding *pro se*, timely filed objections to the Report and Recommendation.  (Doc. #47, entitled, "Replying to the United States Magistrate Judge").  Although Plaintiff does not raise any new legal or factual issues in her objections, nonetheless, the court has conducted a *de novo* review of this matter, including carefully reviewing all relevant pleadings, the Recommendation, and Plaintiff's objections.

    The Court finds Plaintiff's objections are vague and unintelligible; even under a liberal construction, Plaintiff's objections are without merit.  The Court is of the opinion

that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby AFFIRMS and ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED THAT:

(1) The December 3, 2010 Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. #46) is AFFIRMED and ADOPTED;

(2) Defendant the City and County of Denver's Motion for Summary Judgment (Doc. #34) is GRANTED; and

(3) The case is DISMISSED WITH PREJUDICE.

DATED: January 10, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge